Hart and others. J. J. Crawford, for appellants. C. F. Brown, for respondents. No opinion. Judgment affirmed, with costs, on opinion on former appeal. 61 App. Div. 587, 70 N. Y. Supp. 933. Order filed.

HASS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Harry Hass, an infant, against the Interurban Street Railway Company. C. F. Brown, for appellant. C. Steckler, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
SCOTT, J., dissents.

HATCH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Mason J. Hatch, as administrator, etc., of Theresa Hatch, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

HATFIELD v. STRAUSS et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Edwin F. Hatfield against Isidor Strauss and another. No opinion. Motion granted. Order filed.

HAUGHEY, Appellant, v. MULRY, Respondent. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Mary Haughey, as administratrix, against Thomas M. Mulry. M. Sichel, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HEILEMAN v. CLEVELAND, C., C. & ST. L. R. CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Henry Heileman against the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company. No opinion. Motion granted, with $10 costs. Order filed.

HENRY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by James Henry, an infant, against the Interurban Street Railway Company. B. H. Ames, for appellant. H. W. Unger, for respondent.
PER CURIAM. Order granting extra allowance reversed, without costs. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $3,732.95, in which event judgment, as so reduced, and order denying motion for new trial, affirmed, without costs. Settle order on notice.
LAUGHLIN, J., dissents.

HESSE v. GRIFFIN. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Fernando Hesse against Daniel M. Griffin. No opinion. Motion denied, with $10 costs. Order filed.

HESSE et al., Appellants, v. GRIFFIN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Fernando B. Hesse and another against Daniel M. Griffin and another. Leventritt & Brennan, for appellants. No opinion. Judgment affirmed, with costs. Order filed.

HESSE et al., Appellants, v. GRIFFIN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Fernando B. Hesse and another against Daniel M. Griffin and another. Leventritt & Brennan, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEXTER, Respondent, v. McCLURE NEWSPAPER SYNDICATE, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Joseph Hexter against the McClure Newspaper Syndicate. No opinion. Order affirmed on argument, with $10 costs and disbursements.

In re HILLIARD. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) In the matter of the application of Harry De F. Hilliard for admission to the bar in this state. No opinion. Application granted.

HILL et al., Respondents, v. MULLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Hugh Hill and another against Charles Muller, impleaded with others. C. A. Bayler, for appellant. A. P. Bachman, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

HITCHCOCK v. ACCARDO. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Frederick Hitchcock against Michael Accardo. From a judgment for plaintiff, defendant appeals. Affirmed. Goldfogle, Cohn & Lind .(I. Balch Louis, of counsel), for appellant. Charles Stein, for respondent.
PER CURIAM. The trial justice found for the plaintiff on conflicting evidence as to whether or not there had been a surrender and acceptance. The letter of May 22d, sent by him to the defendant after the date of all the matters claimed to have constituted a surrender, distinctly shows that he still looked to the defendant as a surety for the rent, and negatives the claim that he had accepted another tenant and released the defendant. The receipts purporting to be given for "rent" were on printed forms in which that word was printed. To give it the overwhelming significance the appellant claims for it would be to hold that such a use of the word established the relation of landlord and tenant between the plaintiff and the persons occupying the premises, which would be an unwarranted conclusion. Besides, such receipts were signed, not by the plaintiff, but by his cashier. The judgment is therefore affirmed, with costs.